United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 12, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: JACKSON GARDENS, LLC | § | 24-34106 |
| | § | BANKRUPTCY NUMBER |
| DEBTOR, | § | [lower number] |
| | § | |
| and SYCAMORE GARDENS, LLC | § | 24-34116 |
| | § | BANKRUPTCY NUMBER |
| DEBTOR. | § | [higher number] |

## ORDER FOR JOINT ADMINISTRATION AND/OR TRANSFER OF CASES

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. __X__ One disclosure statement and plan of reorganization may be filed for both cases by any plan proponent.

2. __X__ Case No. 24-34116 (higher case number) shall be transferred to Judge Eduardo Rodriguez, who has the lower numbered case.

3. __X__ Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. __X__ Other: each case must maintain its own separate claim registers.

Only the lines checked are ordered.

Signed: September 12, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge